David S. DILLS, Claimant–Appellant,

v.

R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2007–7110.

United States Court of Appeals, Federal Circuit.

Sept. 5, 2007.

Paul W. Browning, Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., of Washington, DC, argued for claimant-appellant. On the brief was Mark R. Lippman, The Veterans Law Group, of La Jolla, CA.

Domenique Kirchner, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. On the brief were Peter D. Keisler, Assistant Attorney General, Jeanne E. Davidson, Director, Steven J. Gillingham, Assistant Director, and Carrie A. Dunsmore, Trial Attorney. Of counsel on the brief was Michael J. Timinski, Deputy Assistant General Counsel, United States Department of Veterans Affairs, of Washington, DC.

Before RADER, MOORE, Circuit Judges, and YEAKEL[1], District Judge.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.

---

1. Honorable Lee Yeakel, District Judge, United States District Court for the Western District of Texas, sitting by designation.